# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM BIRD<br>*On behalf of himself and all other similarly situated*<br><br>Plaintiff(s),<br>v.<br><br>DUN & BRADSTREET CORPORATION<br>*et al*<br><br>Defendant(s). | Civil Action No.: 18-14301<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendants,

It is on this 11th DAY of FEBRUARY, 2019,

**O R D E R E D** that the above captioned action be and is hereby dismissed as to **all** defendants pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
Jose L. Linares, Chief Judge
United States District Court